```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ALEINA JIMENEZ,

                Plaintiff,                              ORDER

          - against -                             25 Civ. 9486 (NRB)

JOHN BENNING,

                Defendant.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS,** on February 5, 2026, in violation of Federal Rule of Civil Procedure 5(d)(1) and Section 13.21 of the Southern District of New York's Electronic Case Filing Rules, plaintiff filed a "Mandatory Disclosure Pursuant to FRCP 26(A)(1)," ECF No. 8; it is hereby

**ORDERED** that the Clerk of Court is directed to strike from the docket the "Mandatory Disclosure Pursuant to FRCP 26(A)(1)," ECF No. 8.

Dated:   New York, New York
         February 6, 2026

_____
     NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE