# GALLO VITUCCI KLAR
LLP

WWW.GVLAW.COM

Svitlana Astakhova
Associate
Midtown Office
sastakhova@gvlaw.com
212-683-7100

Hon. Naomi Reice Buchwald

United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Re: *Aleina Jimenez v. John Benning*
Case No.: 1:25-cv-09486-NRB

Dated:    April 6, 2026
          New York, New York

Your Honor:

Defendant John Benning respectfully submits this joint application to extend the deadline for completion of discovery, for the reasons set forth below. This is the first time the parties make an application.

Pursuant to the Court's Memo Endorsement dated December 22, 2025 (ECF Doc. No. 7), fact discovery is to be completed by April 3, 2026. The parties have not been idle on this case. The parties have exchanged their Rule 26 disclosures. On February 23, 2026, Plaintiff provided responses to Defendant's First Request for Production and First Set of Interrogatories. Upon review of same, on March 2, 2026, Defendant has requested additional authorizations missing from Plaintiff's discovery responses. Notwithstanding the insufficiencies in the discovery responses, the parties agreed to proceed with depositions, and conducted Plaintiff's deposition on March 3, 2026, and Defendant's deposition on March 11, 2026. On March 13, 2026, Defendant served the Second Request for Production upon Plaintiff. Plaintiff has not yet served a response. In addition, Plaintiff provided the remaining authorizations responsive to the First Request for Production on March 18, 2026. Notably, among others, an authorization for the MRI facility to obtain radiology studies was included in the package.

Upon completion of Plaintiff's deposition, Defendant promptly initiated search for an expert who would be able to opine on Plaintiff's injuries. Defendant has now designated Dr. Philipp Leucht, MD, as his expert. However, the closest availability of Dr. Leucht was on April 7, 2026. The parties consented to conduct the IME on said date. Defendant also intends to provide the expert with MRI studies as soon as they become available.

Manhattan 711 Third Avenue, Suite 500, New York, NY 10017
 Westchester 3 West Main Street, Suite 302, Irvington, NY 10533 Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601 California 1212 Broadway Plaza, Suite 2100, Walnut Creek, CA 94596
Texas 5700 Tennyson Parkway, Suite 300, Plano, TX 75024 Georgia 1 West Courthouse Square, Suite 750, Decatur, GA 30030

In the light of the above, since an IME in this action cannot be completed earlier than April 7, 2026, and that there is still outstanding written discovery, the parties respectfully request additional thirty (30) days to complete fact discovery.

Plaintiff's counsel consented to this application.

Respectfully submitted,

Svitlana Astakhova, Esq.
GALLO VITUCCI KLAR LLP